UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES,

                          Plaintiff,

              -against-

TD BANK,

                        Defendant.

24cv3753 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                          Chief United States District Judge